# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00126-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JOHN JACOB MORTON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Terminate Supervised Release [Doc. 2]. The Defendant is represented by counsel.

The Defendant's Motion does not reflect that the Defendant's counsel consulted with either the United States Attorney or the supervising probation officer regarding the relief sought. See LCrR 47.1(b). Accordingly, the Defendant's motion will be denied without prejudice.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Terminate Supervised Release [Doc. 2] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: April 11, 2018

Martin Reidinger
United States District Judge